SHAWMUT MORTGAGE COMPANY *v.* LARRY CORRONE

The defendant's petition for certification for appeal from the Appellate Court, 29 Conn. App. 907 (AC 10742), is denied.

*Max F. Brunswick,* in support of the petition.

Decided January 6, 1993

---

ALICE S. HAGER ET AL. *v.* JOHN HAGER ET AL.

The plaintiff Alan Hager's petition for certification for appeal from the Appellate Court, 29 Conn. App. 908 (AC 10972), is denied.

*Edward N. Lerner,* in support of the petition.

*John Lackland,* in opposition.

Decided January 6, 1993

---

NEW HAVEN SAVINGS BANK *v.* EDWARD F. ALLEN

The defendant's petition for certification for appeal from the Appellate Court, 29 Conn. App. 916 (AC 10857), is denied.

*Edward F. Allen,* pro se, in support of the petition.

Decided January 6, 1993